428 A.2d 243

Commonwealth v. Terrell, Appellant.

Submitted November 15, 1979. Ross E. Cardas, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.